DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DWIGHT HICKS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-908

[ July 13, 2017 ]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 11-16567CF10A.

Dwight Hicks, Blountstown, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***